No. 282.   KOPREK   (Pamela),   Appellant,   v.   KOPREK
(Ernie), Respondent.

(Also reported in 222 N. W. 2d 707.)

Divorce. Alimony, division of property and child support. Adequacy of awards. Denial of modification of judgment. No abuse of discretion.

The cause was submitted for the appellant on the brief of *Schmitt, Nolan & Hansen,* of Merrill, and for the respondent on the brief of *Winter & Winter* of Antigo.